# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1262**

**TP 14-00878**

PRESENT: SCUDDER, P.J., CENTRA, FAHEY, LINDLEY, AND DEJOSEPH, JJ.

---

IN THE MATTER OF NATHANIEL JAY, PETITIONER,

V                                                          ORDER

HAROLD D. GRAHAM, SUPERINTENDENT, AND JOSEPH L.
VASILE, LIEUTENANT, AUBURN CORRECTIONAL FACILITY,
RESPONDENTS.

---

NATHANIEL JAY, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (PETER H. SCHIFF OF
COUNSEL), FOR RESPONDENTS.

-------------------------------------------------------------------------------------------------------------

Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Cayuga County [Mark H.
Fandrich, A.J.], entered May 13, 2014) to review a determination of
respondents. The determination found after a tier II hearing that
petitioner had violated various inmate rules.

It is hereby ORDERED that said proceeding is unanimously
dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d
996).

Entered: January 2, 2015                     Frances E. Cafarell
                                             Clerk of the Court